IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRIENDS OF THE BITTERROOT, et al., | |
| Plaintiffs, | Lead Case No. CV 26-13-M-KLD |
| vs. | |
| DOUG BURGUM, et al., | Member Case No. CV 26-39-M-KLD |
| Defendants. | |
| | ORDER |
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| Plaintiff, | |
| vs. | |
| DOUG BURGUM, et al., | |
| Defendants. | |

This matter comes before the Court on the Parties' Motion to Consolidate. (Doc. 13). Having considered the motion, the Court finds the cases involve common questions of law and fact, and consolidation would encourage efficient administration of the issues while conserving resources. Consequently, pursuant to Fed. R. Civ. P. 42(a), the Court will grant the motion and consolidate the cases.

Accordingly,

IT IS ORDERED that motion is GRANTED. The above-captioned cases are consolidated for all further proceedings under case number CV 26-13-M-KLD and captioned as shown above.

IT IS FURTHER ORDERED that all documents shall be filed in the lead case, CV 26-13-M-KLD, and spread to the member case. The Clerk of Court is directed to file this Order in the docket for each case.

DATED this 23rd day of June, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge